IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEMARIE DIAN REEDY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | 4:24CV3099<br><br>**ORDER** |

    This matter is before the Court on plaintiff Demarie Dian Reedy's ("Reedy") application to proceed in forma pauperis (Filing No. 2). *See* 28 U.S.C. § 1915(a)(1) (allowing the Court to "authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor"). In this action (Filing No. 1), Reedy challenges the defendant Commissioner of Social Security's denial of her application for Social Security Disability Insurance benefits. *See* 42 U.S.C. § 405(g) (setting forth the process and standards for judicial review of such a decision).

    Reedy's application details her and her husband's monthly income, assets, and expenses, and their responsibility for four dependents. Based on that account, and Reedy's description consistent with those details that her family's expenses exceed their income, the Court grants her application and permits her to proceed in forma pauperis.

    IT IS SO ORDERED.

    Dated this 30th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge